IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
WESTERN DIVISION

HOWARD EUGENE LINER                                          PETITIONER

VERSUS                           CIVIL ACTION NO.5:11-cv-11-DCB-RHW

BRUCE PEARSON, Warden                                        RESPONDENT

## ORDER

This matter is before the Court on Petitioner's Motion for Discovery [7] filed on March 7, 2011. Having reviewed the Motion [7] as well as the record, this Court finds that the Motion [7] will be denied for the following reason.

A Final Judgment [6] was entered on March 3, 2011, dismissing the instant civil action. As such, this Court is without jurisdictional bases to consider the merits of Petitioner's Motion [7]. See United States v. Early, 27 F.3d 140, 142 (5th Cir. 1994) (holding that a motion filed in a closed case is to be considered "a meaningless, unauthorized motion"). Therefore, there are no jurisdictional bases for Petitioner filing the instant Motion [7] and as such, it is denied. See Id. Accordingly, it is

ORDERED AND ADJUDGED that the Motion [7] is **denied**.

SO ORDERED AND ADJUDGED this the 7th day of March, 2011.

s/David Bramlette
UNITED STATES DISTRICT JUDGE